1    DOROTHY D. GUILLORY
     Attorney at Law, CSBN 114891
2    1271 Washington Avenue, #380
     San Leandro, CA  94577
3    (510) 639-2959
     Fax:  (510) 639-2961
4
     Attorney for Plaintiffs
5    Lamumba Corporation, et al.

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   LAMUMBA CORPORATION,              Case No.:  05-02712 MHP
     GEOFFREY PETE, DENNIS JEFFERY
13   dba THE PRINT SHOP, 3J's AND BH    STIPULATION TO CHANGE IN
     ENTERPRISES, a partnership, RALBERT DISCOVERY DEADLINE AND
14   BROOKS HAMILTON, on behalf of     BRIEFING SCHEDULE ON
     themselves and all others similarly situated, MOTION FOR CERTIFICATION
15
            Plaintiffs,
16
            vs.
17
     CITY OF OAKLAND, et al. ,
18
            Defendants.
19                                      Trial Date:   None Set
                                        Time:
20                                      Place:

21
            The parties, through their counsel of record, submit this stipulation to a
22
     modification of the discovery deadline and briefing schedule on the class certification
23
     motion.  A change in the deadlines is necessary because of the length and breadth of
24
     Plaintiff's discovery requests, defense counsel's trial schedule and other commitments,
25
     Stip. re Change in Schedule, p. 1

1    deposition scheduling problems, and a continuing need to meet and confer on discovery

2    issues.

3          The parties stipulate to the following modified discovery deadline and briefing

4    schedule on the certification motion, and ask the Court to approve same:

5          Cert. Motion Discovery Deadline       June 30, 2007

6          Class Certification Motion             July 9, 2007

7          Opposition to Motion                   July 23, 2007

8          Reply                                  July 30, 2007

9          Hearing Date/Time                      *to be set by the Court

10         *Defense counsel will be unavailable from August 13-17, 2007, and September

11   10-14, 2007.   Plaintiff's counsel is unavailable on August 10, 2007.

12   Dated:  April 25, 2007              OAKLAND CITY ATTORNEY

13   /s/ Dorothy Guillory                /s/ Arlene Rosen

14   _____         By: _____
     DOROTHY GUILLORY                    ARLENE ROSEN
15   Attorney for Plaintiffs             Attorneys for Defendants

16

17                                ORDER

18   Having read the Stipulation of the parties, and for good cause shown, the Court

19   approves the modified discovery deadline and briefing schedule on the class certification

20   motion, as indicated above.  The hearing date/time for the class certification motion is

21   _____

22   IT IS SO ORDERED.

23

24   Dated:  April 27, 2007

25   Stip Re Change in Schedule, p. 2

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA