DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577]
(510) 639-2959
Fax:  (510) 639-2961


Attorney for Plaintiffs
LAMUMBA CORPORATION, et al.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMUMBA CORPORATION, GEOFFREY PETE, DENNIS JEFFERY dba THE PRINT SHOP, 3J'S AND BH ENTERPRISES, a partnership, RALBERT BROOKS HAMILTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, JANE BRUNNER, member of the City Council in her official capacity, HENRY CHANG, member of the City Council in his official capacity, IGNACIO DE LA FUENTE, member of the City Council in his official capacity, NANCY NADEL, member of the City Council in her official capacity, JEAN QUAN, member of the City Council in her official capacity, LARRY REID, member of the City Council in his official capacity, <br><br> Defendants. | Case No.: C-05-02712 MHP <br><br> STIPULATION OF DISMISSAL Under FRCP, Rule 41(a)(1)(ii) |

The parties, through their respective attorneys of record, stipulate to the dismissal of this

Stip. to Dismissal, p. 1

action under FRCP, Rule 4l(a)(1)(ii), with each party to bear their own attorney fees and costs.

Dated: June 10, 2008                          Dated: June 11, 2008

                                              City of Oakland

*Dorothy D. Guillory*                         By: _____

Dorothy D. Guillory                           Arlene Rosen
Attorney for Plaintiffs                        Attorney for Defendants

                June 13, 2008



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

Stip. to Dismissal, p. 2